Bret Knewtson, OSB 03355
Bret Knewtson, Esq
3000 NE Stucki Ave STE 230-M
Hillsboro OR 97124
Telephone: (503) 846-1160
Facsimile: (503) 922-3181
bknewtson@yahoo.com

Mark G Passannante OSB 944035
Broer & Passannante PS
1001 SW Fifth Avenue, #1220
Portland, Oregon 97204
Phone: (503)294-0910
Fax: (503) 243-2717
Markpassannante@msn.com

John Gear, OSB# 073810
John@JohnGearLaw.com
John Gear Law Office LLC
161 High St SE STE 208B
Salem OR 97301-3610
503-569-7777 tel ~ 503-206-0924 fax

      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| MICHAEL KAISER and MARGARET J. LOEWEN, on behalf of themselves and others similarly situated,<br>    Plaintiff,<br>vs.<br>CASCADE CAPITAL LLC, and, GORDON AYLWORTH & TAMI P.C.,<br>    Defendant | Case No.: 3:16-cv-0744-AC<br><br>NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT and REPRESENTATION STATEMENT |

Michael Kaiser and Margaret J. Loewen, on behalf of themselves and all others similarly

situated, the Plaintiff's appeal to the United States Court of Appeals for the Ninth Circuit from

the Order of Dismissal of the District Court for the District of Oregon, entered in this case on February 4, 2019, dismissing Plaintiffs' action with prejudice, document #152.

                Dated this February 24, 2019

                s/ Bret Knewtson
                Bret Knewtson, OSB 033553,
                Attorney for Plaintiff

## REPRESENTATION STATEMENT

| PARTIES | COUNSEL |
| --- | --- |
| Plaintiff-Appellant (Michael Kaiser and Margaret J. Loewen) | Bret Knewtson, OSB 03355<br>Bret Knewtson, Esq<br>3000 NW Stucki PL STE 230-M<br>Hillsboro OR 97124<br>Telephone: (503) 846-1160<br>Facsimile: (503) 922-3181<br>bknewtson@yahoo.com<br><br>Mark G Passannante OSB 944035<br>Broer & Passannante PS<br>1211 SW 5th Ave Ste 2330<br>Portland OR 97204<br>Phone: (503)294-0910<br>Fax: (503) 243-2717<br>Markpassannante@msn.com<br><br>John Gear, OSB# 073810<br>John Gear Law Office LLC<br>161 High St SE STE 208B<br>Salem OR 97301-3610<br>503-569-7777 tel ~ 503-206-0924 fax<br>John@JohnGearLaw.com |
| Defendant-Appellee (Cascade Capital LLC and Gordon Aylworth & Tami P.C.) | Peter Eidenberg, OSB #075778<br>peidenberg@keatingjones.com<br>Kelly F. Huedepohl, OSB #133896<br>khuedepohl@keatingjones.com<br>Keating Jones Hughes PC<br>200 SW Market St Ste 900<br>Portland OR 97201<br>Phone: (503) 222-9955<br>Fax: (503) 796-0699 |

Notice of Appeal and Representation Statement- 2

 Dated this February 24, 2019

 s/ Bret Knewtson
 Bret Knewtson, OSB 033553,
 Attorney for Plaintiff

Service by ECF:
John M. Gear John@JohnGearLaw.com, gearjm@icloud.com
Kelly Frances Huedepohl khuedepohl@keatingjones.com, rensley@keatingjones.com
Mark G. Passannante markpassannante@msn.com
Peter D. Eidenberg peidenberg@keatingjones.com, phamilton@keatingjones.com

Notice of Appeal and Representation Statement- 3